IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 6:09CR 123 |
| | § | Davis/Love |
| CHRISTOPHER HULL | § | |

## INDICTMENT

The United States Grand Jury Charges:

## Count 1

VIOLATION:  18 U.S.C. §§ 2252(a)(2) & 2252(b)(1)
(Distribution of material involving the sexual exploitation of minors)

On or about December 31, 2008, in the Eastern District of Texas, the defendant,

CHRISTOPHER HULL, knowingly distributed in interstate and foreign commerce, visual

depictions, specifically computer files containing images that had been transported in

interstate and foreign commerce and which were produced using materials which had been

mailed and shipped and transported in interstate and foreign commerce, the production of

which involved the use of a person under the age of eighteen engaging in sexually explicit

conduct, and which visual depictions were of such conduct, all in violation of 18 U.S.C. §§

2252 (a)(2) and 2252(b)(1).

## Count 2

VIOLATION:  18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2)
(Possession of material involving the sexual exploitation of minors)

On or about March 12, 2009, in the Eastern District of Texas, the defendant,

CHRISTOPHER HULL, did knowingly possess computer equipment with a hard disk which

contained one(1) or more visual depictions, the production of which involved the use of a

minor engaging in sexually explicit conduct, and which visual depictions were of such

conduct, which visual depictions had been shipped and transported in interstate and foreign

commerce and which were produced using materials which had been mailed and shipped and

transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 2252(a)(4)(B)

and 2252(b)(2).


A TRUE BILL


_____
GRAND JURY FOREMAN


JOHN M. BALES
UNITED STATES ATTORNEY

_____          DATE:  _11/4/09_____
BILL BALDWIN
Assistant U.S. Attorney
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
California Bar No. 115408


<u>INDICTMENT</u>                                                                    PAGE 2

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 18 U.S.C. § 2253

Based upon the commission of the offenses alleged in this Indictment, all in violation

of the laws of the United States relating to materials involving the sexual exploitation of

minors, the Defendant shall forfeit to the United States his interest in the following property,

including, but not limited to the following: **Dell Optiplex GX280, service tag # HYT1R61**

Said property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon said property being:

> any visual depiction described in section...2252 of this chapter, or any
> book, magazine, periodical, film, videotape, or other matter which
> contains any such visual depiction, which was produced, transported,
> mailed, shipped or received in violation of this chapter;

> any property, real or personal, constituting or traceable to gross profits
> or other proceeds obtained from such offense; and

> any property, real or personal, used or intended to be used to commit or
> to promote the commission of such offense.

By virtue of the commission of the offenses alleged in this Indictment, any and all interest

the Defendant has in the above-described property is vested in the United States and hereby

forfeited to the United States pursuant to 18 U.S.C. § 2253.

# NOTICE OF PENALTY

## Count 1

| | |
|---|---|
| Violation: | Title 18, United States Code, Sections 2252 (a)(2) and 2252(b)(1) (Distribution of material involving the sexual exploitation of minors) |
| Penalty: | A fine of not more than $250,000; imprisonment for not less than 5 years nor more than 20 years; a term of supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |

## Count 2

| | |
|---|---|
| Violation: | Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2) (Possession of material involving the sexual exploitation of minors) |
| Penalty: | A fine of not more than $250,000; imprisonment for not more than 10 years, a term of supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |